UNITED STATES DISTRICT COURT                                                        **C/M**
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JEROME SCOTT,                                                 :
                                                              :
                                    Plaintiff,                :
                                                              : **ORDER**
                       - against -                            :
                                                              : 18-cv-4772 (BMC) (LB)
    LOWES HOMES IMPROVEMENT,                                  :
                                                              :
                                    Defendant.                :
------------------------------------------------------------- X

**COGAN**, District Judge.

Plaintiff *pro se* brought this action for employment discrimination.  The Court previously

granted defendant's motion to dismiss the complaint but allowed plaintiff to file an amended

complaint within twenty days from the entry of the order granting the motion to dismiss on

March 18, 2019.

However, plaintiff has not filed an amended complaint.  Therefore, this case is dismissed,

and the Clerk shall enter judgment.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that

any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for

the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

   **SO ORDERED.**

                                            _____
 Dated:  Brooklyn, New York                                U.S.D.J.
         April 17, 2019