UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  JEROME SCOTT,

                  Plaintiff,                                JUDGMENT
                                                                         18-cv-4772 (BMC) (LB)
       -against-

  LOWES HOMES IMPROVEMENT,

                  Defendant.
-------------------------------------------------------------- X

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on March 18, 2019, granting defendant's motion to dismiss but granting plaintiff leave to file an amended complaint within twenty days from the entry of this order; and an Order having been filed on April 17, 2019, dismissing this case; directing the Clerk to enter judgment; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

      ORDERED and ADJUDGED that defendant's motion to dismiss is granted; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; that *in forma pauperis* status is denied for purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); and that this case is dismissed.

Dated: Brooklyn, NY                                                  Douglas C. Palmer
       April 17, 2019                                           Clerk of Court

                                                                    By:    /s/*Jalitza Poveda*
                                                                           Deputy Clerk